

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## WR-87,432-01

### EX PARTE JASON LUMLEY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. D35606-CR IN THE 13TH DISTRICT COURT FROM NAVARRO COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of four offenses in a multi-count indictment: Count 1 for evading arrest; Count 2 for accident involving injury; Count 3 for accident involving injury; and Count 4 for unauthorized use of a motor vehicle. Applicant was assessed punishment at 40 years' confinement in Count 1; at 50 years confinement' in Count 2; at 50 years' confinement in Count 3; and at 455 days in a State Jail facility in Count 4. The Tenth Court of Appeals affirmed his conviction. *Lumley v. State*, No. 10-15-00267-CR (Tex. App.—Waco

Dec. 17, 2015)(not designated for publication).

This Court received Applicant's application on September 18, 2017 and denied relief without a written order, based on the trial court's findings, on October 6, 2017. Subsequently, this Court received a letter from Applicant, that the Findings of Fact and Conclusions of Law signed by the habeas judge had been vacated. In the letter, the habeas judge stated that he had voluntarily recused himself on April 22, 2015 and signed the Findings of Facts and Conclusions of Law in error. The district clerk has supplemented the record with the judge's certificate of recusal and the notice vacating the Findings of Fact and Conclusions of Law.

Therefore, we withdraw, *sua sponte*, our previous order of denial based on the trial court's Findings of Facts and Conclusions of Law. After a review of the record, the Applicant's claims are denied.

Filed: November 22, 2017
Do not publish